Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Travis Thornton

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| Travis Thornton<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Kitsap Credit Union<br><br>　　　　Defendant. | Case No.: 4:21-cv-02759-SVK<br><br>**NOTICE OF SETTLEMENT** |

The parties respectfully notify the Court that Plaintiff and Defendant have settled all claims between them in this matter. Each party will bear its own attorneys' fees and court costs. Defendant and Plaintiff will present dismissal documents to the court as soon as possible. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Date: July 12, 2021　　　　　　　　　　　　　　*/s/ Elliot Gale*
　　　　　　　　　　　　　　　　　　　　　　　Elliot Gale
　　　　　　　　　　　　　　　　　　　　　　　Gale, Angelo, Johnson, and Pruett
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

NOTICE OF SETTLEMENT

| | |
|---|---|
| Date: July 12, 2021 | */s/ Mark Worthge* <br> Mark Worthge <br> Litchfield Cavo LLP <br> Counsel for Defendant |

NOTICE OF SETTLEMENT