| | |
|---|---|
| 1 | Elliot Gale (State Bar No. 263326) |
| 2 | egale@gajplaw.com |
| | Joe Angelo (State Bar No. 268542) |
| 3 | jangelo@gajplaw.com |
| | Gale, Angelo, Johnson, & Pruett, P.C. |
| 4 | 1430 Blue Oaks Blvd., Ste. 250 |
| | Roseville, California 95747 |
| 5 | Telephone: 916-290-7778 |
| | Facsimile: 916-721-2767 |
| 6 | |
| 7 | Attorneys for Plaintiff |
| | Travis Thornton |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TRAVIS THORNTON,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>KITSAP CREDIT UNION<br>　　　　Defendant. | CASE NO. 5:21-cv-02759-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT KITSAP CREDIT UNION** |

　　Plaintiff Travis Thornton ("Plaintiff"), by counsel, and Defendant Kitsap Credit Union by counsel, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(2) all matters herein between them have been resolved, and that Plaintiff's claims against Kitsap Credit Union should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

---

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT KITSAP CREDIT UNION – 5:21-CV-02759-SVK**

|   |   |
|---|---|
|   | Respectfully submitted, |
| Date: August 17, 2021 | /s/ Joe Angelo |
|   | Joe Angelo |
|   | Gale, Angelo, Johnson, & Pruett, P.C. |
|   | *Counsel for Plaintiff Travis Thornton* |
|   |   |
| Date: August 17, 2021 | /s/ Mark Worthge |
|   | Mark Worthge |
|   | Litchfield Cavo |
|   | *Counsel for Defendant Kitsap Credit Union* |
|   | Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Mark Worthge. |
|   | /s/ Joe Angelo |

## PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Kitsap Credit Union is dismissed with prejudice. Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

Date: _____    _____

Susan van Keulen
U.S. JUDGE, United States District Court,
Northern District of California

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT KITSAP CREDIT UNION – 5:21-CV-02759-SVK

Page 2 of 2