Elliot Gale (State Bar No. 263326)
egale@gajplaw.com
Joe Angelo (State Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Travis Thornton

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TRAVIS THORNTON,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>KITSAP CREDIT UNION<br>　　　　Defendant. | CASE NO. 5:21-cv-02759-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT KITSAP CREDIT UNION** |

　　　Plaintiff Travis Thornton ("Plaintiff"), by counsel, and Defendant Kitsap Credit Union by counsel, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(2) all matters herein between them have been resolved, and that Plaintiff's claims against Kitsap Credit Union should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT KITSAP CREDIT UNION – 5:21-CV-02759-SVK**

Respectfully submitted,

Date: August 17, 2021          /s/ Joe Angelo
                               Joe Angelo
                               Gale, Angelo, Johnson, & Pruett, P.C.
                               *Counsel for Plaintiff Travis Thornton*

Date: August 17, 2021          /s/ Mark Worthge
                               Mark Worthge
                               Litchfield Cavo
                               *Counsel for Defendant Kitsap Credit Union*

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Mark Worthge.
/s/ Joe Angelo

## ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Kitsap Credit Union is dismissed with prejudice.  Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

Date:  August 19, 2021          *[signature: Susan van Keulen]*
                               Susan van Keulen
                               U.S. MAGISTRATE JUDGE, United States District Court, Northern District of California

**STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT KITSAP CREDIT UNION – 5:21-CV-02759-SVK**

Page 2 of 2